IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2572-AP**

IN RE:

**LARRY ALLEN THOMPSON,**

    Debtor.

**WILLIAM P. DISBROW and LAURA E. DISBROW**,

    Plaintiffs/Appellants,

v.

**LARRY ALLEN THOMPSON,**

    Defendant/Appellee.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation for Dismissal With Prejudice (doc. #12), filed April 16, 2007, it is

**ORDERED** that this appeal is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 16th day of April, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT